IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GAARIES WILLIAMS,<br>　　　Petitioner, | §<br>§<br>§ | |
| vs. | § | NO. C-07-276 |
| | § | |
| NATHANIEL QUARTERMAN,<br>　　　Respondent. | §<br>§<br>§ | |

### ORDER TO CLERK TO MAIL A COPY OF RESPONDENT'S ANSWER AND MOTION TO DISMISS TO PETITIONER AND ORDER EXTENDING TIME TO FILE RESPONSE

Petitioner is an inmate at TDCJ-CID's Dominguez State Jail in San Antonio, Texas. Proceeding *pro se*, petitioner has filed a petition pursuant to 28 U.S.C. § 2254, challenging his 2007 conviction for violation of a protective order, assault, and family violence (D.E. 1, 8). Respondent filed an answer and motion to dismiss on December 17, 2007 (D.E. 27, 28). According to the certificate of service, respondent mailed a copy of his answer and motion to dismiss to petitioner at the Lopez Unit in Edinburgh, Texas.

Petitioner is currently assigned to the Dominguez State Jail facility in San Antonio, Texas. The Clerk shall mail a copy of respondent's answer and motion to dismiss to petitioner at his current address. Petitioner is reminded that he must give notice both to the Clerk and to counsel for the respondent of his address changes if he wishes to receive pleadings in a timely manner.

The time for petitioner to file a response to the motion to dismiss is extended to **Monday, February 11, 2008.**

ORDERED this 11th day of January, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE